**UNITED STATES of America, Appellee,**

v.

**Michael CLAUFF, Appellant.**

**No. 01–3476.**

United States Court of Appeals, Eighth Circuit.

Submitted May 21, 2002.

Filed May 22, 2002.

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Michael Clauff pleaded guilty to possessing with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced Clauff to 80 months imprisonment and 4 years supervised release. On appeal, counsel has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief arguing that Clauff's criminal history should have been a Category III instead of a Category IV.

The district court did not plainly err in finding Clauff had a Category IV criminal history. *See United States v. Evans,* 285

---

1. The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.

1. The HONORABLE LYLE E. STROM, United States District Judge for the District of Nebraska.

F.3d 664, 675–76 (8th Cir.2002) (standard of review). Clauff did not object to the inclusion of the underlying convictions in the presentence report. *See United States v. LaRoche,* 83 F.3d 958, 959 (8th Cir.1996) (per curiam). Moreover, the criminal history points assessed were appropriate. *See* U.S.S.G. § 4A1.1. Further, following our independent review, *see Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.